# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Amado Jorge Sosa-Itzep**<br>YOB: 1974; Citizen of Guatemala | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**19-06001 MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about April 27, 2019, at or near Sasabe, in the District of Arizona, **Amado Jorge Sosa-Itzep**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Alexandria, Louisiana on June 14, 2017, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

Count 2: On or about April 20, 2019, at or near Sasabe, in District of Arizona, **Amado Jorge Sosa-Itzep**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Amado Jorge Sosa-Itzep** is a citizen of Guatemala. On June 14, 2017, **Amado Jorge Sosa-Itzep** was lawfully denied admission, excluded, deported and removed from the United States through Alexandria, Louisiana. On April 27, 2019, agents found **Amado Jorge Sosa-Itzep** in the United States at or near Sasabe, Arizona without the proper immigration documents. **Amado Jorge Sosa-Itzep** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Amado Jorge Sosa-Itzep** admitted to illegally entering the United States of America from Mexico on or about April 20, 2019, at or near Sasabe, Arizona at a time or place other than as designated by immigration officials.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>JS2/JJO<br>AUTHORIZED AUSA /s/Julie Sottosanti | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 29, 2019 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54